UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER ORLOSKI,

    Plaintiff,

v.                                               Case No.: 8:17-cv-553-T-27AAS

VINCENT HOUSE, VAN GOGH'S
PALETTE, INC., LIGIA GOMEZ,
WILLIAM MCKEEVER, AND ELLIOTT
STEELE,

    Defendants.
_____/

## ORDER

This matter comes before the Court on pro se Plaintiff's "Application for Injunctive Relief -- Defendants' Acceptance of Electronic Release of Information" (Doc. 59), and Defendants' response thereto (Doc. 73).

Plaintiff requests that the Court enter a Temporary Restraining Order ("TRO") against Defendants pursuant to Federal Rule of Civil Procedure 65(b)(1). (Doc. 59). Specifically, Plaintiff requests that the Court direct Defendants to use an electronic copy of Plaintiff's Release of Information form to obtain Plaintiff's medical records, rather than require Plaintiff to provide an original of the form in compliance with Defendants' protocol. (*Id.* at 3).

To be entitled to the drastic remedy of a TRO, a plaintiff must show: (1) a substantial likelihood of success on the merits; (2) threatened irreparable injury; (3) that such injury outweighs the harm that the TRO will cause to the opposing party; and (4) that the TRO is in the public interest. *Parker v. State Board of Pardons and Paroles*, 275 F. 3d 1032, 1034-35 (11th Cir. 2001). Nothing in the instant motion supports this extraordinary form of relief.

Accordingly, after due consideration, it is **ORDERED** that Plaintiff's Application for Injunctive Relief -- Defendants' Acceptance of Electronic Release of Information (Doc. 59) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on this 20th day of November, 2017.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge